# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2019

159206-7

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* M.J. DAWKINS, Minor.

SC: 159206-7
COA: 344285; 344316
Bay CC Family Division:
16-012182-NA

_____/

On order of the Court, the application for leave to appeal the February 5, 2019 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *In re Ferranti* (Docket No. 157907-8) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2019



p0402

Clerk